IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WHITEHEAD FARMS and KEVIN
WHITEHEAD, on Behalf of
Themselves and Others Similarly
Situated                                                                                      PLAINTIFFS

v.                           No. 2:17-cv-168-DPM

MONSANTO COMPANY;
BASF SE; BASF CORPORATION;
BASF CROP PROTECTION; and
JOHN DOES 1-25                                                                          DEFENDANTS

## ORDER

The Court notes Whitehead's notice of voluntary dismissal, № 7. All claims against BASF SE and BASF Crop Protection are dismissed without prejudice. FED. R. CIV. P. 41(a)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2017